BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774; (805) 963-5988

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Faraz Karim Sarahang, Sr.,<br><br>　　　　　　　　　　Debtor.<br><br>_____<br><br>Sandra K. McBeth,<br><br>　　　　　　　　　　Plaintiff.<br><br>vs.<br><br>Faraz Karim Sarahang, Sr.; Steven H. Sarahang; Sabrina Cohen; and Kahn Roven, LLP,<br><br>　　　　　　　　　　Defendants.<br>_____ | Bankruptcy. No. 9:16-bk-12261-PC<br><br>Chapter 7<br><br>Adversary No. 9:17-ap-01038-PC<br><br>**PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING, COMPLAINT TO RECOVER AVOIDABLE TRANSFERS AND DENY DISCHARGE, AND ORDER ON RULE 26(F) MEETING, INITIAL DISCLOSURES AND RULE 16(B) SCHEDULING CONFERENCE** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1114 State Street, Suite 200, Santa Barbara, California 93101.

A true and correct copy of the foregoing document entitled (*specify*): __Summons and Notice of Status Conference in Adversary Proceeding, Complaint to Recover Avoidable Transfers and to Deny Discharge, and Order on rule 26(f) meeting, initial disclosures and rule 16(b) scheduling conference__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __May 17, 2017_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    See attached list

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____ May 17, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Peter Carroll (service of proof of service)
US Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 17, 2017 | Carissa N. Horowitz | /s/ Carissa N. Horowitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST

Faraz Karim Sarahang, Sr.
11905 Darlene Ln
Moorpark, CA 93021

Andrew S Mansfield
Mansfield Law Corporation
2775 N. Ventura Rd., Suite 201
Oxnard, CA 93036

Kahn Roven, LLP
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, CA 91367
Attention: Jonathan Roven and Robert Kahn

Steven Sarahang
1734 Spence Street
Simi Valley, CA 93065-2133

Sabrina Cohen
c/o Judith Rhoads, Esq.
2535 Townsgate Road, Suite 305
Westlake Village, CA 91361-5980

Sabrina Cohen
Gumm & Green, LLP, Attorneys at Law
5743 Corsa Avenue, Suite 111
Westlake Village, CA 91362-6440